# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on October 30, 2025

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :   **CRIMINAL NO. 26-cr-85** |
| | :   **GRAND JURY ORIGINAL** |
| **v.** | : |
| | :   **VIOLATIONS:** |
| **JACOB HERNANDEZ,** | :   **18 U.S.C. § 371** |
| also known as "Jares," | :   **(Conspiracy to Possess, Sell, and Transport** |
| also known as "Jars," | :   **Stolen Motor Vehicles)** |
| | : |
| **KHOBE DAVID,** | :   **18 U.S.C. § 2313** |
| also known as "KD," | :   **(Possession/Receipt/Storage of Stolen Motor** |
| also known as "Chuck," | :   **Vehicles)** |
| also known as "KDD," | : |
| | :   **18 U.S.C. § 2312** |
| ▮▮▮▮▮ ▮▮▮▮ | :   **(Interstate Transportation of Stolen Motor** |
| also known as "▮▮▮▮" | :   **Vehicles)** |
| | : |
| **DUSTIN WETZEL,** | :   **22 D.C. Code § 3211, 3212(a)** |
| also known as "Dusto," | :   **(First Degree Theft)** |
| also known as "Austin" | : |
| | :   **18 U.S.C. § 2** |
| **CHANCE CLARK, and** | :   **(Aiding and Abetting)** |
| | : |
| **JAMES YOUNG,** | :   **FORFEITURE: 18 U.S.C. § 981(a)(1)(C),** |
| also known as "D1," | :   **28 U.S.C. § 2461(c)** |
| | : |
| **Defendants.** | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |

1

**RECEIVED**

APR 2 1 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

### VEHICLE THEFT CONSPIRACY

### A.  THE CONSPIRACY

Beginning as early as February 22, 2025, the exact date being unknown to the Grand Jury, and continuing through the Present, in the District of Columbia and elsewhere, the defendants, **JACOB HERNANDEZ, also known as "Jares," also known as "Jars," KHOBE DAVID, also known as "KD," also known as "Chuck," also known as "KDD,"** ▮▮▮▮▮ ▮▮▮▮▮ **also known as "**▮▮▮▮ **DUSTIN WETZEL, also known as "Dusto," also known as "Austin," CHANCE CLARK,** and **JAMES YOUNG, also known as "D1,"** did knowingly and willfully conspire together and with other persons both known and unknown to the Grand Jury to (a) receive, possess, conceal, store, barter, sell and dispose of motor vehicles, which vehicles had crossed a State boundary after being stolen, knowing the vehicles to have been stolen, in violation of Title 18, United States Code, Section 2313; and (b) transport in interstate and foreign commerce motor vehicles, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2312.

### B.  GOAL OF THE CONSPIRACY

1.  It was a principal goal of the conspiracy that, in order to obtain money and other things of value, the defendants and co-conspirators not indicted herein, acquired stolen vehicles in the District of Columbia and elsewhere, sold the vehicles, and facilitated the transportation of the stolen vehicles interstate and internationally.

## C.      Manner and Means of the Conspiracy

1.      It was part of the conspiracy that **HERNANDEZ, DAVID,** ████████ **WETZEL, CLARK,** and **YOUNG,** and others known and unknown to the Grand Jury, caused vehicles to be stolen from individuals in the District of Columbia, the State of Maryland, the Commonwealth of Pennsylvania, and elsewhere.

2.      It was further part of the conspiracy that, after causing the vehicles to be stolen, one or more of the co-conspirators would transport the stolen vehicles to storage locations including the parking garage located at 70 I Street Southeast, Washington, D.C. (the "70 I Street Garage"), which is located in the District of Columbia, where the vehicles were stored.

3.      It was further part of the conspiracy that, inside the 70 I Street Garage and elsewhere, one or more of the co-conspirators would alter, remove, or disguise the identity of stolen vehicles by, among other means, swapping license plates and obscuring Vehicle Identification Numbers ("VINs").

4.      It was further part of the conspiracy that one or more of the co-conspirators, and others known and unknown to the Grand Jury, would arrange for the stolen vehicles to be sold to purchasers in the United States and abroad.

5.      It was further part of the conspiracy that one or more of the co-conspirators would arrange for the stolen vehicles to be shipped interstate and internationally, including, but not limited to, the State of Maryland, the State of Georgia, the country of Ghana, and elsewhere.

## D.      OVERT ACTS

In furtherance of the conspiracy and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Columbia and elsewhere:

3

1.  On or about between January 30, 2025, and February 22, 2025, in the District of Columbia, **WETZEL** obtained a stolen gray 2015 Chevrolet Corvette with VIN 1G1YU2D62F5606132 and transported the vehicle to the 70 I Street Garage.

2.  On or about February 5, 2025, **HERNANDEZ** and **WETZEL** coordinated together to arrange transportation for the following vehicles, which were all stolen in the District of Columbia: a gray 2024 Honda CRV with VIN 7FARS6H98PE001212, a black 2024 Honda CRV with VIN 7FARS6H91RE005122, a gray 2023 Honda CRV with VIN 7FARS6H96PE036752, and a black 2023 Honda CRV with VIN 2HKRS6H58PH806654. **WETZEL** delivered the vehicles to a car transporter in Maryland to be shipped.

3.  On or about between February 6, 2025, and February 7, 2025, **HERNANDEZ** and **WETZEL** coordinated together to obtain a gray 2023 Honda CRV with VIN 7FARS6H96PE002200 and a dark blue 2024 Honda CRV with VIN 5J6RS6H82RL023882, which were stolen from the District of Columbia. **HERNANDEZ** coordinated the sale of the vehicles to buyers in Pennsylvania. **WETZEL** and ███████ transported the vehicles from the District of Columbia to Pennsylvania.

4.  On or about between February 25, 2025, and February 28, 2025, **HERNANDEZ, DAVID,** ███████ and **WETZEL,** met in Pennsylvania to steal vehicles, which they planned to load into shipping containers.

5.  On or about February 25, 2025, in the Commonwealth of Pennsylvania, **HERNANDEZ** obtained a stolen gray 2025 Honda CRV with VIN 7FARS6H95SE021197 and a stolen gray 2022 Jeep Wrangler with VIN 1C4JJXSJ6NW211336.

6.  On or about February 25, 2025, in the Commonwealth of Pennsylvania, ███████ obtained a stolen gray 2025 Honda Accord with VIN 1HGCY2F79RA065783.

7.    On or about February 28, 2025, in the Commonwealth of Pennsylvania, **HERNANDEZ, DAVID,** ███████ and **WETZEL** entered a stolen white 2023 Acura TLX with VIN 19UUB6F52PA005207.  Later that same day, **DAVID,** ███████ and **WETZEL** exited that vehicle and fled from police.

8.    Beginning as early as February 2025, the exact date being unknown to the Grand Jury, **WETZEL** and other co-conspirators known and unknown to the Grand Jury, began using the 70 I Street Garage as a storage location or "stash house" for stolen vehicles.

9.    On or about April 13, 2025, in the District of Columbia, **WETZEL** and **DAVID** entered a white 2019 Honda Civic Type-R with VIN SHHFK8G7XJU200973, which was stolen from the State of Maryland.  **WETZEL** transported the vehicle to the 70 I Street Garage. **WETZEL** exchanged messages with **CLARK** about selling the vehicle. ███████ and **WETZEL** removed a license plate from the vehicle and stored the vehicle inside the 70 I Street Garage.

10.    On or about between May 8, 2025, and May 10, 2025, in the District of Columbia, **WETZEL** obtained a stolen blue 2024 Honda CRV with VIN 5J6RS6H9XRL036131 and transported the vehicle to the 70 I Street Garage. ███████ and **WETZEL** manually pushed the vehicle inside the 70 I Street Garage.  **WETZEL** and **YOUNG** exchanged text messages regarding transporting and selling the vehicle.  **WETZEL** drove the vehicle to a car transporter in Maryland, where the vehicle was then shipped to Georgia.

11.    On or about May 9, 2025, **YOUNG** obtained a stolen black 2025 Honda Accord with VIN 1HGCY2F5XSA037740 and transported the vehicle to the 70 I Street Garage.

12.    On or about May 22, 2025, in the District of Columbia, **WETZEL** obtained a stolen black Honda Civic with VIN 19XFL4H97SE010773.

13.    On or about May 22, 2025, in the District of Columbia, **WETZEL** and ▇▇▇▇▇▇ stole a black 2025 Honda Civic with VIN 2HGFE2F53SH501829. **WETZEL** also obtained a stolen gray 2025 Honda CRV with VIN 5J6RS6H95SL030744 and a stolen gray 2023 Honda Civic with VIN 19XFL2G89PE012562. **WETZEL** transported the vehicles to the 70 I Street Garage, then **WETZEL** and ▇▇▇▇▇▇ brought the black Civic with VIN 2HGFE2F53SH501829 and the gray Civic with VIN 19XFL2G89PE012562 to a car transporter in Maryland to be shipped.

14.    On or about May 31, 2025, in the District of Columbia, **WETZEL** and ▇▇▇▇▇▇ obtained a stolen white 2025 Honda Civic with VIN 19XFL4H97SE015987 and transported the vehicle to the 70 I Street Garage.

15.    On or about between June 2, 2025, and June 5, 2025, **YOUNG** obtained a stolen blue 2022 Acura TLX with VIN 19UUB7F93NA002287. **YOUNG** exchanged messages with **WETZEL** regarding selling the vehicle.

16.    On or about between June 7, 2025, and June 8, 2025, **DAVID** obtained a stolen blue 2024 Honda CRV with VIN 6J6RS6H90RL010699 and transported the vehicle to the 70 I Street Garage. In the 70 I Street Garage, **YOUNG** photographed the vehicle.

17.    On or about June 8, 2025, **DAVID** and **WETZEL** transported the stolen Civic with VIN 19XFL4H97SE015987 and the stolen CRV with VIN 6J6RS6H90RL010699 to a car transporter in Maryland to be shipped.

18.    On or about June 24, 2025, ▇▇▇▇▇▇ and **WETZEL** obtained a stolen white 2025 Honda CRV with VIN 5J6RS5H85SL004520 and transported the vehicle to the 70 I Street Garage, where ▇▇▇▇▇▇ and **WETZEL** removed the license plate from the vehicle and manually pushed the vehicle inside the 70 I Street Garage. **CLARK** and **WETZEL** arranged for the sale of the

vehicle to another individual in Maryland. **WETZEL** and ███████ coordinated together to transport the vehicle to Maryland to be sold.

19.    On or about June 6, 2025, **DAVID** occupied a stolen a black Chevrolet Camaro with VIN 1G1FK1R65J0129587 inside the 70 I Street Garage.  On or about January 6, 2026, **DAVID** was driving the vehicle in the State of Maryland where he fled from police.

**(Conspiracy to Possess, Sell, Transport, and Export Stolen Motor Vehicles,** in violation of
Title 18, United States Code, Section 371)

### COUNT TWO

On or about between April 13, 2025, and April 16, 2025, both dates being approximate and inclusive, within the District of Columbia and elsewhere, the defendants ███████ ███████ and **DUSTIN WETZEL** aided and abetted by each other, did knowingly and intentionally receive, possess, conceal, store, barter, sell and dispose of a motor vehicle, that is, a white Honda Civic Type-R with VIN SHHFK8G7XJU200973, which vehicle had crossed a State boundary after being stolen, knowing that vehicle to have been stolen.

**(Possession/Receipt/Storage of Stolen Motor Vehicle,** and **Aiding and Abetting**, in violation
of Title 18, United States Code, Sections 2313 and 2)

### COUNT THREE

On or about February 5, 2025, **JACOB HERNANDEZ** and **DUSTIN WETZEL**, aided and abetted by each other, did cause a stolen motor vehicle to be transported in interstate commerce, that is, a gray 2024 Honda CRV with VIN 7FARS6H98PE001212 from the District of Columbia to the State of Maryland, knowing the same to be stolen.

**(Interstate Transportation of Stolen Motor Vehicle**, and **Aiding and Abetting**, in violation of
Title 18, United States Code, Sections 2312 and 2)

7

## COUNT FOUR

On or about February 5, 2025, **JACOB HERNANDEZ** and **DUSTIN WETZEL**, aided and abetted by each other, did cause a stolen motor vehicle to be transported in interstate commerce, that is, a black 2024 Honda CRV with VIN 7FARS6H91RE005122 from the District of Columbia to the State of Maryland, knowing the same to be stolen.

**(Interstate Transportation of Stolen Motor Vehicle**, and **Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2)

## COUNT FIVE

On or about February 5, 2025, **JACOB HERNANDEZ** and **DUSTIN WETZEL**, aided and abetted by each other, did cause a stolen motor vehicle to be transported in interstate commerce, that is, a gray 2023 Honda CRV with VIN 7FARS6H96PE036752 from the District of Columbia to the State of Maryland, knowing the same to be stolen.

**(Interstate Transportation of Stolen Motor Vehicle**, and **Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2)

## COUNT SIX

On or about February 5, 2025, **JACOB HERNANDEZ** and **DUSTIN WETZEL**, aided and abetted by each other, did cause a stolen motor vehicle to be transported in interstate commerce, that is, a black 2023 Honda CRV with VIN 2HKRS6H58PH806654 from the District of Columbia to the State of Maryland, knowing the same to be stolen.

**(Interstate Transportation of Stolen Motor Vehicle**, and **Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2)

## COUNT SEVEN

On or about between February 6, 2025, and February 7, 2025, **JACOB HERNANDEZ**, ▮▮▮▮▮▮ ▮▮▮▮▮▮ and **DUSTIN WETZEL**, aided and abetted by each other, did cause a stolen motor vehicle to be transported in interstate commerce, that is, a gray 2023 Honda CRV

8

with VIN 7FARS6H96PE002200 from the District of Columbia to the Commonwealth of Pennsylvania, knowing the same to be stolen.

**(Interstate Transportation of Stolen Motor Vehicle**, and **Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2)

## COUNT EIGHT

On or about between February 6, 2025, and February 7, 2025, **JACOB HERNANDEZ**, ▮▮▮▮▮ ▮▮▮▮▮ and **DUSTIN WETZEL**, aided and abetted by each other, did cause a stolen motor vehicle to be transported in interstate commerce, that is, a blue 2024 Honda CRV with VIN 5J6RS6H82RL023882 from the District of Columbia to the Commonwealth of Pennsylvania, knowing the same to be stolen.

**(Interstate Transportation of Stolen Motor Vehicle**, and **Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2)

## COUNT NINE

On or about May 9, 2025, **DUSTIN WETZEL** did cause a stolen motor vehicle to be transported in interstate commerce, that is, a blue 2024 Honda CRV with VIN 5J6RS6H9XRL036131 from the District of Columbia to the State of Maryland, knowing the same to be stolen.

**(Interstate Transportation of Stolen Motor Vehicle,** in violation of Title 18, United States Code, Section 2312)

## COUNT TEN

On or about May 25, 2025, ▮▮▮▮▮ ▮▮▮▮▮ did cause a stolen motor vehicle to be transported in interstate commerce, that is, a black 2025 Honda Civic with VIN 2HGFE2F53SH501829 from the District of Columbia to the State of Maryland, knowing the same to be stolen.

**(Interstate Transportation of Stolen Motor Vehicle,** in violation of Title 18, United States Code, Section 2312)

9

## COUNT ELEVEN

On or about May 25, 2025, **DUSTIN WETZEL** did cause a stolen motor vehicle to be transported in interstate commerce, that is, a gray 2023 Honda Civic with VIN 19XFL2G89PE012562 from the District of Columbia to the State of Maryland, knowing the same to be stolen.

**(Interstate Transportation of Stolen Motor Vehicle,** in violation of Title 18, United States Code, Section 2312)

## COUNT TWELVE

On or about May 25, 2025, **DUSTIN WETZEL** did cause a stolen motor vehicle to be transported in interstate commerce, that is, a white 2025 Honda Civic with VIN 19XFL4H97SE015987 from the District of Columbia to the State of Maryland, knowing the same to be stolen.

**(Interstate Transportation of Stolen Motor Vehicle,** in violation of Title 18, United States Code, Section 2312)

## COUNT THIRTEEN

On or about May 25, 2025, **KHOBE DAVID** did cause a stolen motor vehicle to be transported in interstate commerce, that is, a blue 2024 Honda CRV with VIN 6J6RS6H90RL010699 from the District of Columbia to the State of Maryland, knowing the same to be stolen.

**(Interstate Transportation of Stolen Motor Vehicle,** in violation of Title 18, United States Code, Section 2312)

## COUNT FOURTEEN

On or about between August 14, 2025, and August 15, 2025, ████████ ████████ **DUSTIN WETZEL,** and **CHANCE CLARK,** aided and abetted by each other, did cause to be transported in interstate commerce a stolen motor vehicle, that is, a white 2025 Honda CRV with

VIN 5J6RS5H85SL004520 from the District of Columbia to the State of Maryland, knowing the same to be stolen.

(**Interstate Transportation of Stolen Motor Vehicle**, and **Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2312 and 2)

### COUNT FIFTEEN

On or about May 22, 2025, in the District of Columbia, **DUSTIN WETZEL** and  wrongfully obtained and used property of a value of $1,000 or more, belonging to S.G., consisting of a black 2025 Honda Civic with VIN 2HGFE2F53SH501829, with the intent to appropriate the property for their own use and to deprive S.G. of a right to and benefit of the property.

(**First Degree Theft,** in violation of 22 D.C. Code, Sections 3211, 3212(a) (2001 ed.))

11

## NOTICE OF FORFEITURE

The allegations contained in Counts One through Sixteen of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 18, United States Code, Sections 371, 2313, 2312, and Title 22, District of Columbia Code, Sections 3211 and 3212(a), the defendants shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

### MONEY JUDGMENT

In the event of conviction, the United States will seek a money judgment.

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

12

JEANINE FERRIS PIRRO                                         A TRUE BILL:
UNITED STATES ATTORNEY

By: _____                              FOREPERSON
    Gauri Gopal
    ASSISTANT UNITED STATES ATTORNEY